AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANY CULTURES, ONE MESSAGE, et al., | JUDGMENT IN A CIVIL CASE |
| v. | |
| JIM CLEMENTS, et al., | CASE NUMBER: C10-5253KLS |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' have failed in all instances to allege facts sufficient to form a constitutional violation. As such, plaintiffs' motion for summary judgment (see ECF #22) hereby is DENIED, and summary judgment for defendants hereby is GRANTED. Plaintiffs' civil rights complaint therefore hereby is DISMISSED.


   November 8, 2011                                                               WILILAM M. McCOOL
Date                                                                                    Clerk


                                                                                           *s/CM Gonzalez*
                                                                                           Deputy Clerk